FILED
IN CLERK'...

'17 MAR 13 ...

U.S. D...

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In re Ethicon Physiomesh Flexible Composite                    MDL-17-22
Hernia Mesh Products Liability Litigation

## MOTION FOR TRANSFER TO THE MIDDLE DISTRICT OF FLORIDA, OR IN THE
## ALTERNATIVE TO THE SOUTHERN DISTRICT OF ILLINOIS, PURSUANT TO 28
## U.S.C. § 1407

COME NOW, the Plaintiffs represented by the undersigned counsel and respectfully

move the Panel pursuant to 28 U.S.C. § 1407, for an order transferring 18 product liability

actions pending in 9 federal district courts, as reflected in the Schedule of Actions filed

contemporaneously herewith, to the Middle District of Florida, or in the alternative, to the

Southern District of Illinois, for coordinated and/or consolidated pretrial proceedings.  The

accompanying Schedule of Actions lists the 18 actions subject to this motion.

In support of this motion, Plaintiffs state the following, as more fully set forth in the

accompanying Brief in Support of this motion:

1.      In accordance with 28 U.S.C. § 1407, the undersigned are seeking the transfer of

all federal cases involving the Physiomesh Flexible Composite ("Physiomesh") hernia repair

mesh product, to the same U.S. District Court for coordinated and/or consolidated proceedings.

2.      The actions for which transfer and consolidation and/or coordination are proposed

herein allege similar product liability claims involving the same Physiomesh hernia repair mesh

product.  Each action alleges that the defendants Johnson & Johnson and Ethicon, Inc.

defectively designed and manufactured the Physiomesh products, and failed to provide

appropriate warnings and instructions with these devices.

2.      Movants are not aware of any actions, other than the 18 actions proposed for transfer herein, which are on file in a federal district court alleging similar claims. These 18 actions are listed in the Schedule of Actions filed herewith.

4.      Movants propose that the actions filed outside of the Middle District of Florida, or alternatively the Southern District of Illinois, be transferred to that district.

5.      The actions listed in the Schedule of Actions involve one or more common questions of fact relating to these common defendants' research, development, design, testing, manufacturing, selling, marketing and labeling of the Physiomesh device.

6.      The centralization of these actions in a single judicial district for coordinated and/or consolidated pretrial proceedings will promote the just and efficient conduct of these actions, will serve the convenience of all parties and witnesses and will promote the interests of justice. The transfer of these cases will conserve judicial resources, reduce litigation costs, avoid potentially inconsistent pretrial scheduling orders and substantive rulings, and will eliminate unnecessary duplicative discovery.

7.      None of the related actions are sufficiently advanced toward trial that they would be unduly prejudiced by transfer.

8.      This motion is based on the accompanying Brief and Schedule of Actions. As set forth more fully in the accompanying Brief, and for the reasons stated there, Plaintiffs respectfully submit that the Middle District of Florida, or alternatively the Southern District of Illinois, would be well-suited to serve as transferee court for an MDL coordination in the constituent actions and any cases to be filed in the future involving similar Physiomesh product liability claims against these same defendants.

- 2 -

WHEREFORE, Movants respectfully move the Panel to order that the actions currently

pending in any federal district court, which are listed in the Schedule of Actions filed herewith,

as well as any cases that may be subsequently filed in any United States District Court asserting

related or similar claims, be transferred to the Middle District of Florida, or alternatively, the

Southern District of Illinois, for coordinated and/or consolidated pretrial proceedings.

Dated this 9th day of March, 2017.

Respectfully submitted,

By:    */s/ Henry G. Garrard, III*
       Henry G. Garrard, III
       hgg@bbgbalaw.com
       Georgia Bar No. 286300
       James B. Matthews, III
       jbm@bbgbalaw.com
       Georgia Bar No. 477559
       Josh B. Wages
       jbw@bbgbalaw.com
       Georgia Bar No. 730098
       Blasingame, Burch, Garrard & Ashley, P.C.
       P.O. Box 832
       Athens, GA  30603
       (706) 354-4000
       (706) 549-3545 Fax

By:    */s/ Douglas A. Kreis*
       Douglas A. Kreis
       DKreis@awkolaw.com
       Florida Bar No. 0129704
       Bryan F. Aylstock
       BAylstock@awkolaw.com
       Florida Bar No. 78263
       Daniel Thornburgh
       DThornburgh@awkolaw.com
       Florida Bar No. 42661
       Aylstock, Witkin, Kreis & Overholtz
       17 East Main Street, Suite 200
       Pensacola, FL 32502
       (850) 202-1010
       (850) 916-7449 Fax

By:    */s/ Donald A. Migliori*
Donald A. Migliori
Dmigliori@motleyrice.com
South Carolina Bar No. 102549
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
(843) 216-9450 Fax

By:    */s/ Jonathan D. Orent*
Jonathan D. Orent
jorent@motleyrice.com
Rhode Island Bar No. 7408
Motley Rice LLC
55 Cedar Street, Suite 100
Providence, RI 02903
(401) 457-7700
(401) 457-7708 Fax

By:    */s/ Joseph A. Osborne*
Joseph A. Osborne
JOsborne@oa-lawfirm.com
Florida Bar No. 880043
Osborne & Associates Law Firm, P.A.
433 Plaza Real Blvd., Suite 271
Boca Raton, FL 33432
(561) 293-2600
(706) 549-3545 Fax

Counsel for Plaintiffs in the following
actions: *Franklin* 4:17-cv-00031-CDL
(M.D. Ga.); *Brown* 4:17-cv-00036-HLM
(N.D. Ga.); *Winfrey* 4:17-cv-00040-HLM
(N.D. Ga.); *Gilman* 8:16-cv-03502-JDW-
JSS (M.D. Fla.); *Sunter* 8:17-cv-00113-
SCB-TGW (M.D. Fla.); *Carr* 6:17-cv-
00393-GAP-KRS (M.D. Fla.); *Shelton*
2:17-cv-00614-RMG (D. S.C.); *Graham*
3:17-cv-00229-MMH-JRK (M.D. Fla.);
*Keefer* Case No. 1:17-cv-00603-MEH (D.
Colo.)

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE REWALK ROBOTICS LTD., STOCKHOLDER LITIGATION | MDL No. _____<br><br>**ORAL ARGUMENT REQUESTED** |

**Proof of Service**

I hereby certify that a copy of the foregoing Amended and Corrected Schedule of Actions and this Certificate of Service was served by first class mail on March 8, 2017, to the Persons listed below.

1.  Clerk, Northern District California
    San Francisco, CA

2.  Clerk, District of Massachusetts
    Boston, Ma

3.  Marc G. Reich
    Adam T. Hoover
    REICH RADCLIFFE & HOOVER LLP
    4675 MacArthur Court, Suite 550
    Newport Beach, CA 92660
    Email: mgr@reichradcliffe.com
    Email: adhoover@reichradcliffe.com
    Phone: (949) 975-0512
        **Counsel for Plaintiff: Donald Rolland**
        N.D. California, No. 4:17-cv-00362

4.  Joshua M. Lifshitz
    LIFSHITZ & MILLER
    821 Franklin Ave., Suite 209
    Garden City, NY 11530
    Telephone: (516) 493-9780
    jml@jlclasslaw.com
        **Counsel for Plaintiff: Donald Rolland**

N.D. California, No. 4:17-cv-00362

5. Jeffrey C. Block
   Bradley J. Vettraino
   BLOCK & LEVITON LLP
   155 Federal Street, Suite 400
   Boston, MA  02110
   Tel: (617) 398-5600
   **Counsel for Plaintiffs: Qian Deng, David Hershlikovitz, Jackie888, Inc., Michael C. Kemmerling, Narbeh Nathan, and Paul Sislin**
   D. Massachusetts, No. 1:17-cv-10169

6. Mark C. Gardy
   James S. Notis
   Jennifer Sarnelli
   GARDY & NOTIS, LLP
   Tower 56
   126 East 56th Street, 8th Floor
   New York, NY  10022
   Tel: (212) 905-0509
   **Counsel for Plaintiffs: Qian Deng, David Hershlikovitz, Jackie888, Inc., Michael C. Kemmerling, Narbeh Nathan, and Paul Sislin**
   D. Massachusetts, No. 1:17-cv-10169

7. Shannon L. Hopkins
   Sebastiano Tornatore
   LEVI & KORSINSKY, LLP
   733 Summer Street, Suite 304
   Stamford, CT  06903
   Telephone: (203) 992-4523
   **Counsel for Plaintiffs: Qian Deng, David Hershlikovitz, Jackie888, Inc., Michael C. Kemmerling, Narbeh Nathan, and Paul Sislin**
   D. Massachusetts, No. 1:17-cv-10169

8. Ronen Sarraf
   Joseph Gentile
   SARRAF GENTILE LLP
   14 Bond Street, Suite 212
   Great Neck, New York
   Telephone: (516) 699-8890
   **Counsel for Plaintiffs: Qian Deng, David Hershlikovitz, Jackie888, Inc., Michael C. Kemmerling, Narbeh Nathan, and Paul Sislin**
   D. Massachusetts, No. 1:17-cv-10169

9. Corey D. Holzer
   Marshall P. Dees
   HOLZER & HOLZER, LLC

1200 Ashwood Parkway, Suite 410
Atlanta, Georgia  30338
Telephone: (770) 392-0090
>        **Counsel for Plaintiffs: Qian Deng, David Hershlikovitz, Jackie888, Inc.,
>        Michael C. Kemmerling, Narbeh Nathan, and Paul Sislin**
>        D. Massachusetts, No. 1:17-cv-10169

10. Ami Kraft
    8 Frank Peleg St.
    Haifa 349105 Israel
>        **Defendant**
>        D. Massachusetts, No. 1:17-cv-10169
>        N.D. California, No. 4:17-cv-00362

11. Amit Goffer
    1 Mishol Hasaifan
    Tivon 3653101 Israel
>        **Defendant**
>        D. Massachusetts, No. 1:17-cv-10169
>        N.D. California, No. 4:17-cv-00362

12. Jeff Dykan
    SCP VitaLife Israel
    32B Habarzel St.
    Ramat Hachayal
    Tel Aviv 69710  Israel
>        **Defendant**
>        D. Massachusetts, No. 1:17-cv-10169
>        N.D. California, No. 4:17-cv-00362

13. Hadar Ron
    Israeli Healthcare Ventures
    32 Habarzel St.
    Tel Aviv 69710 Israel
>        **Defendant**
>        D. Massachusetts, No. 1:17-cv-10169
>        N.D. California, No. 4:17-cv-00362

14. Asaf Shinar
    Pontifax
    14 Shenkar St.
    Herzeliya, Israel
>        **Defendant**
>        D. Massachusetts, No. 1:17-cv-10169
>        N.D. California, No. 4:17-cv-00362

15. Yasushi Ichiki
    Yaskawa Electric Corporation

2-1 Kurosakishiroishi, Yahatanishi-ku
Kitakyushu, Japan 806-0004
      **Defendant**
      D. Massachusetts, No. 1:17-cv-10169
      N.D. California, No. 4:17-cv-00362

16. Aryeh Dan
    Yaskawa Europe Technology
    13 Hamelacha Street
    Afeq Industrial Park
    Rosh Ha'ayin 48091 Israel
      **Defendant**
      D. Massachusetts, No. 1:17-cv-10169
      N.D. California, No. 4:17-cv-00362

17. John William Poduska
    295 Meadowbrook Road
    Weston, MA  02493
      **Defendant**
      N.D. California, No. 4:17-cv-00362

18. Deborah DiSanzo
    71 Central Street
    Andover, MA 01810
      **Defendant**
      N.D. California, No. 4:17-cv-00362

19. SCP VitaLife Partners
    32B Habarzel St.
    Ramat Hachayal
    Tel Aviv 69710  Israel
      **Defendant**
      N.D. California, No. 4:17-cv-00362

20. Yaskawa Electric Corporation
    2-1 Kurosakishiroishi, Yahatanishi-ku,
    Kitakyushu 806-0004 Japan
      **Defendant**
      N.D. California, No. 4:17-cv-00362

21. Israel Healthcare Ventures 2 LP
    32 Habarzel St.
    Tel Aviv 69710 Israel
      **Defendant**
      N.D. California, No. 4:17-cv-00362

22. Pontifax
    14 Shenkar St.
    Herzeliya, Israel

**Defendant**
N.D. California, No. 4:17-cv-00362

Dated:  March 8, 2017
        New York, New York

Respectfully Submitted

By:

Lourdes Chavez

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____

**ORAL ARGUMENT REQUESTED**

IN RE REWALK ROBOTICS LTD., STOCKHOLDER LITIGATION

### Amended and Corrected Proof of Service

I hereby certify that a copy of the Defendants ReWalk Robotics, Ltd., Larry Jasinski, Wayne B. Weisman, Glenn Muir, Barclays Capital Inc., Jefferies LLC, and Canaccord Genuity Inc.'s Motion for Transfer of Actions to the District of Massachusetts Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, Brief, Declaration of Kevin Hershberger with exhibits, Declaration of Edward Han with exhibits, and Declaration of Samuel R. Feldman with exhibits was served by first class mail on March 6, 2017, to the Persons listed below at numbers 1-9.

I hereby certify that a copy of this Amended and Corrected Certificate of Service was served by first class mail on March 8, 2017, to the Persons listed below at numbers 1-9.

I hereby certify that a copy of the Defendants ReWalk Robotics, Ltd., Larry Jasinski, Wayne B. Weisman, Glenn Muir, Barclays Capital Inc., Jefferies LLC, and Canaccord Genuity Inc.'s Motion for Transfer of Actions to the District of Massachusetts Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, Brief, Declaration of Kevin Hershberger with exhibits, Declaration of Edward Han with exhibits, Declaration of Samuel R. Feldman with exhibits, and this Amended and Corrected Certificate of Service was served by first class mail on March 8, 2017, to the Persons listed below at numbers 10-22.

1. Clerk, Northern District California
   San Francisco, CA

2. Clerk, District of Massachusetts
   Boston, Ma

3. Marc G. Reich
   Adam T. Hoover
   REICH RADCLIFFE & HOOVER LLP
   4675 MacArthur Court, Suite 550

Newport Beach, CA  92660
Email: mgr@reichradcliffe.com
Email: adhoover@reichradcliffe.com
Phone: (949) 975-0512
      **Counsel for Plaintiff: Donald Rolland**
      N.D. California, No. 4:17-cv-00362

4. Joshua M. Lifshitz
   LIFSHITZ & MILLER
   821 Franklin Ave., Suite 209
   Garden City, NY  11530
   Telephone: (516) 493-9780
   jml@jlclasslaw.com
      **Counsel for Plaintiff: Donald Rolland**
      N.D. California, No. 4:17-cv-00362

5. Jeffrey C. Block
   Bradley J. Vettraino
   BLOCK & LEVITON LLP
   155 Federal Street, Suite 400
   Boston, MA  02110
   Tel: (617) 398-5600
      **Counsel for Plaintiffs: Qian Deng, David Hershlikovitz, Jackie888, Inc.,**
      **Michael C. Kemmerling, Narbeh Nathan, and Paul Sislin**
      D. Massachusetts, No. 1:17-cv-10169

6. Mark C. Gardy
   James S. Notis
   Jennifer Sarnelli
   GARDY & NOTIS, LLP
   Tower 56
   126 East 56th Street, 8th Floor
   New York, NY  10022
   Tel: (212) 905-0509
      **Counsel for Plaintiffs: Qian Deng, David Hershlikovitz, Jackie888, Inc.,**
      **Michael C. Kemmerling, Narbeh Nathan, and Paul Sislin**
      D. Massachusetts, No. 1:17-cv-10169

7. Shannon L. Hopkins
   Sebastiano Tornatore
   LEVI & KORSINSKY, LLP
   733 Summer Street, Suite 304
   Stamford, CT  06903
   Telephone: (203) 992-4523
      **Counsel for Plaintiffs: Qian Deng, David Hershlikovitz, Jackic888, Inc.,**
      **Michael C. Kemmerling, Narbeh Nathan, and Paul Sislin**
      D. Massachusetts, No. 1:17-cv-10169

8. Ronen Sarraf
   Joseph Gentile
   SARRAF GENTILE LLP
   14 Bond Street, Suite 212
   Great Neck, New York
   Telephone: (516) 699-8890
   > **Counsel for Plaintiffs: Qian Deng, David Hershlikovitz, Jackie888, Inc., Michael C. Kemmerling, Narbeh Nathan, and Paul Sislin**
   > D. Massachusetts, No. 1:17-cv-10169

9. Corey D. Holzer
   Marshall P. Dees
   HOLZER & HOLZER, LLC
   1200 Ashwood Parkway, Suite 410
   Atlanta, Georgia  30338
   Telephone: (770) 392-0090
   > **Counsel for Plaintiffs: Qian Deng, David Hershlikovitz, Jackie888, Inc., Michael C. Kemmerling, Narbeh Nathan, and Paul Sislin**
   > D. Massachusetts, No. 1:17-cv-10169

10. Ami Kraft
    8 Frank Peleg St.
    Haifa 349105 Israel
    > **Defendant**
    > D. Massachusetts, No. 1:17-cv-10169
    > N.D. California, No. 4:17-cv-00362

11. Amit Goffer
    1 Mishol Hasaifan
    Tivon 3653101 Israel
    > **Defendant**
    > D. Massachusetts, No. 1:17-cv-10169
    > N.D. California, No. 4:17-cv-00362

12. Jeff Dykan
    SCP VitaLife Israel
    32B Habarzel St.
    Ramat Hachayal
    Tel Aviv 69710  Israel
    > **Defendant**
    > D. Massachusetts, No. 1:17-cv-10169
    > N.D. California, No. 4:17-cv-00362

13. Hadar Ron
    Israeli Healthcare Ventures
    32 Habarzel St.

Tel Aviv 69710 Israel
>     **Defendant**
>     D. Massachusetts, No. 1:17-cv-10169
>     N.D. California, No. 4:17-cv-00362

14. Asaf Shinar
   Pontifax
   14 Shenkar St.
   Herzeliya, Israel
>     **Defendant**
>     D. Massachusetts, No. 1:17-cv-10169
>     N.D. California, No. 4:17-cv-00362

15. Yasushi Ichiki
   Yaskawa Electric Corporation
   2-1 Kurosakishiroishi, Yahatanishi-ku
   Kitakyushu, Japan 806-0004
>     **Defendant**
>     D. Massachusetts, No. 1:17-cv-10169
>     N.D. California, No. 4:17-cv-00362

16. Aryeh Dan
   Yaskawa Europe Technology
   13 Hamelacha Street
   Afeq Industrial Park
   Rosh Ha'ayin 48091 Israel
>     **Defendant**
>     D. Massachusetts, No. 1:17-cv-10169
>     N.D. California, No. 4:17-cv-00362

17. John William Poduska
   295 Meadowbrook Road
   Weston, MA  02493
>     **Defendant**
>     N.D. California, No. 4:17-cv-00362

18. Deborah DiSanzo
   71 Central Street
   Andover, MA 01810
>     **Defendant**
>     N.D. California, No. 4:17-cv-00362

19. SCP VitaLife Partners
   32B Habarzel St.
   Ramat Hachayal
   Tel Aviv 69710  Israel
>     **Defendant**
>     N.D. California, No. 4:17-cv-00362

20. Yaskawa Electric Corporation
    2-1 Kurosakishiroishi, Yahatanishi-ku,
    Kitakyushu 806-0004 Japan
        **Defendant**
        N.D. California, No. 4:17-cv-00362

21. Israel Healthcare Ventures 2 LP
    32 Habarzel St.
    Tel Aviv 69710 Israel
        **Defendant**
        N.D. California, No. 4:17-cv-00362

22. Pontifax
    14 Shenkar St.
    Herzeliya, Israel
        **Defendant**
        N.D. California, No. 4:17-cv-00362

Dated:  March 8, 2017
        New York, New York

                            Respectfully Submitted

                            By:

                            Lourdes Chavez

# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE REWALK ROBOTICS LTD., STOCKHOLDER LITIGATION

MDL No. _____

## AMENDED AND CORRECTED SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Donald Rolland, Individually and On Behalf of All Others Similarly Situated<br><br>**Defendants:** ReWalk Robotics Ltd.; Larry Jasinski; Ami Kraft; Amit Goffer; Jeff Dykan; Hadar Ron; Asaf Shinar; Wayne B. Weisman; Yasushi Ichiki; Aryeh Dan; Glenn Muir; John William Poduska; Deborah Disanzo; Barclays Capital, Inc.; Jefferies LLC; Canacccord Genuity Inc.; SCP Vitalife Partners; Yaskawa Electric Corp.; Israel Healthcare Ventures 2 L.P.; Pontifax | N.D. California | 4:17-cv-362 | Haywood S Gilliam, Jr. |
| **Plaintiffs:** Oian Deng; David Hershlikovitz; Jacie888, Inc.; Michael C. Kemmerling; Narbeh Nathan; Paul Sislin, Individually and On Behalf of All Others Similarly Situated<br><br>**Defendants:** ReWalk Robotics Ltd.; Larry Jasinski; Ami Kraft; Amit Goffer; Jeff Dykan; Hadar Ron; Asaf Shinar; Wayne B. Weisman; Yasushi Ichiki; Aryeh Dan; Glenn Muir; Barclays Capital, Inc.; Jefferies LLC; Canacccord Genuity Inc. | D. Massachusetts | 1:17-cv-10169-FDS | F. Dennis Saylor, IV |

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

In re Ethicon Physiomesh Flexible Composite                MDL-17-22
Hernia Mesh Products Liability Litigation

## BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TRANSFER TO THE MIDDLE DISTRICT OF FLORIDA, OR IN THE ALTERNATIVE TO THE SOUTHERN DISTRICT OF ILLINOIS, PURSUANT TO 28 U.S.C. § 1407

COME NOW the Plaintiffs in the pending constituent civil actions listed in the attached

Schedule of Actions represented by undersigned counsel, and file their Motion to Transfer to the

Middle District of Florida, or in the alternative, to the Southern District of Illinois, pursuant to 28

U.S.C. § 1407 as follows:

**I.      BACKGROUND**

This product liability litigation involves the Physiomesh Flexible Composite (hereinafter,

"Physiomesh"), a synthetic mesh hernia repair device designed, manufactured and sold by

defendants Ethicon, Inc. and Johnson & Johnson.  The Physiomesh device at issue in these cases

is an implantable synthetic surgical mesh product sold for use in hernia repair implanted through

laparoscopic herniorrhaphy.

Physiomesh has a unique design incorporating five (5) distinct layers: two layers of

polyglecaprone-25 ("Monocryl") film covering two underlying layers of polydioxanone film

("PDS"), which in turn coat a polypropylene mesh.  This design has never been used in any other

hernia repair product sold anywhere in the world.  The multi-layer coating was represented and

promoted by the Defendants to prevent or minimize adhesion and inflammation and to facilitate

incorporation and fixation of the mesh into the abdomen.  However, Plaintiffs intend to

demonstrate that the multi-layer coating instead prevented adequate incorporation of the mesh

and caused or contributed to a variety of serious complications.  In addition, the polypropylene

mesh portion of the Physiomesh was insufficient to withstand normal abdominal forces, which often resulted in herniation through the mesh itself, recurrent hernia formation and/or rupture and deformation of the mesh itself.  The defendants ultimately voluntarily withdrew the Physiomesh device from the market in May 2016, which Plaintiffs intend to establish was a direct consequence of the frequency and severity of the complications experienced with this product worldwide.

The plaintiffs in the constituent civil actions are men and women who received implants of the Physiomesh product for hernia repair, and where applicable, their spouses.  All of the plaintiffs in the constituent cases claim that the devices implanted in their bodies were defectively designed and/or manufactured, and that the defendants failed to provide appropriate warnings and instructions regarding the dangers posed by these devices.

The plaintiffs herein suffered serious and often permanent physical injuries from the implantation of the Physiomesh, often requiring additional surgeries, additional medical expenses, and unresolved medical complications.  Where applicable, these implant plaintiffs' spouses have alleged claims for loss of consortium.

All of the constituent cases involve the Physiomesh device, and common defendants Ethicon, Inc. and Johnson & Johnson.

## II.    THE LOCATION AND STATUS OF THE ACTIONS

To date, 18 plaintiffs (and, in many instances, their spouses) have filed civil actions arising from the implantation of the Physiomesh device designed, manufactured and sold by defendants Ethicon, Inc. and Johnson & Johnson.

There are 18 actions pending in 9 federal districts.  The breakdown is: Middle District of Florida (6 actions); Southern District of Illinois (2 actions); Northern District of Georgia (2

actions); District of Colorado (2 actions); Middle District of Georgia (1 action); District of South

Carolina (1 action); Eastern District of Kentucky (1 action); District of Massachusetts (1 action);

Northern District of Oklahoma (1 action); District of New Jersey (1 action).

Upon information and belief, there were more than 330,000 Physiomesh devices sold

worldwide, and Plaintiffs believe approximately 50% of those products were sold in the United

States. It is the expectation of the undersigned that there will be hundreds of additional cases

filed in the near future involving these products.

### ARGUMENTS

I.      **These actions are appropriate for centralization and transfer for coordinated and/or consolidated pretrial treatment under 28 U.S.C. § 1407.**

The constituent cases satisfy the criteria for MDL coordination and/or consolidation.

These cases involve many common questions of fact, and transfer of these cases to a single court

will serve the convenience of the parties and witnesses. These 18 actions currently pending in 9

separate federal district courts all involve similar product liability design defect and warnings

claims against the manufacturer/seller defendants (Ethicon, Inc. and Johnson & Johnson)

regarding the same Physiomesh hernia repair device that was implanted in each of these men and

women.

Having a single judge preside over the pretrial proceedings in these cases would promote

efficiency and economy by avoiding duplicative discovery from similarly situated claimants who

have asserted common product liability claims, will prevent potentially inconsistent pretrial

rulings regarding factual and legal issues common to all cases, and will help preserve the

resources of the parties, their counsel and the judiciary by eliminating redundancy of effort.

The Panel has previously found that product liability actions involving similar legal

claims relating to similar implantable surgical mesh devices are appropriate for centralization

under 28 U.S.C. § 1407. In re Protegen Sling and Vesica Systems Prods. Liab. Litig., MDL No.

1387 (J.P.M.L. 2001); In re Kugel Mesh Hernia Patch Litigation, 493 F.Supp.2d 137, MDL No.

1842 (J.P.M.L. 2007); In re Mentor Corp. ObTape Transobturator Sling Prods. Liab. Litig., 588

F. Supp. 2d 1374, MDL No. 2004 (J.P.M.L. 2008); In re Avaulta Pelvic Support Sys. Prods.

Liab. Litig., MDL No. 2187 (J.P.M.L. 2010); In re American Medical Systems, Inc., et al., Pelvic

Repair Systems Prods. Liab. Litig., 844 F.Supp.2d 1359, MDLs Nos. 2325, 2326, 2327 (J.P.M.L.

2012) (3 separate pelvic mesh MDLs); In re Coloplast Corp. Pelvic Repair Support Sys. Prods.

Liab. Litig., 883 F.Supp.2d 1348, MDL 2387 (J.P.M.L. 2012); In re Cook Medical, Inc., Pelvic

Repair Sys. Prods. Liab. Litig., 949 F.Supp.2d 1373, MDL 2440 (J.P.M.L. 2013); In re

Neomedic Pelvic Repair Sys. Prods. Liab. Litig., 999 F.Supp.2d, MDL 2511 (J.P.M.L. 2014); In

re Atrium Medical Corp. C-Qur Mesh Prods. Liab. Litig., MDL 2753 (J.P.M.L.2016).  Like each

of these surgical mesh MDLs, the constituent cases involve multiple common questions of fact

relating to the Physiomesh product, including its manufacture, design, sale and warnings, and the

defendants' corporate conduct and knowledge.  Transfer of these related product liability cases to

a single court would eliminate inconsistency and redundancy, would promote efficiency and

judicial economy, and allow for effective coordination in accordance with 28 U.S.C. § 1407.

II.   **The Middle District of Florida is uniquely situated to serve as the proper forum for coordinated and/or consolidated pretrial proceedings of these actions.**

Transfer of these common hernia mesh repair product cases to a single Court before a

single judge for purposes of pre-trial discovery and coordination is necessary for the effective

and efficient management of this litigation.  From a practical standpoint, the Middle District of

Florida is uniquely situated as the appropriate forum to handle these cases because that Court has

the most constituent cases filed, and one of the first-filed cases in the country.

Although Section 1407 does not specify criteria for selecting a transferee forum, the overarching goal is to find a court that will advance "the convenience of the parties and will promote the just and efficient conduct" of the transferred cases. To that end, the Panel has generally favored districts in which a number of constituent cases are pending, and whose judges have had the opportunity to become familiar with the relevant issues. See, e.g., 15 Charles A. Wright, Arthur R. Miller & Edward H. Cooper, *Federal Practice and Procedure* § 3864 (2007); David H. Herr, *Multidistrict Litigation Manual*, § 6 (2016). The Panel has also favored courts that are convenient and accessible, have favorable docket conditions, and districts for which the parties have stated a preference. See, e.g., Wright, Miller & Cooper, supra at § 3864; Herr, supra at § 6. In the context of this litigation, the district that best satisfies these criteria is the Middle District of Florida.

1. **The Middle District of Florida has the most filed cases, and one of the first-filed cases.**

Of the 18 filed cases, the Middle District of Florida has the most pending constituent civil actions (6) of any federal district court where these actions are filed. *See*, In re Multi-Piece Rim Products Liability Litigation, 464 F.Supp. 969, 975 (J.P.M.L. 1979) (district in which more cases pending than any other district was proper transferee forum); In re the Dept. of Energy Stripper Well Exemption Litigation, 472 F.Supp. 1282, 1286 (J.P.M.L. 1979) (choosing district where majority of actions pending); In re Data Gen. Corp. Antitrust Litigation, 470 F.Supp. 855, 859 (J.P.M.L. 1979) (preferable transferee district is where most actions pending). The first-filed case in the Middle District of Florida (*Quinn*, C.A. No. 6:16-CV-01663) was the second constituent action to be filed in the country. Since *Quinn*, five additional cases have been filed in the Middle District of Florida. These six cases are each assigned to different judges. No other District Court presently has more than two cases filed. While none of the cases in any District

- 5 -

Court are so advanced procedurally that MDL coordination would impair significant progress, an Answer has been filed, Initial Disclosures and a Case Management Report have been served, and a Case Management Order has been entered in *Quinn*.  Thus, of the Middle District of Florida judges who are assigned constituent actions, the Hon. Paul G. Byron in *Quinn* has had an opportunity to become familiar with the issues and parties in the case.  In re American Investors Life Ins. Co. Annuity Marketing and Sales Practices Litigation, 398 F.Supp.2d 1361 (J.P.M.L. 2005) (appropriate forum where five constituent actions already proceeding, and judge who "has already developed familiarity with the issues present in this docket as a result of presiding over motion practice and other pretrial proceedings in the actions pending before her for the past year.").

### 2. The Middle District of Florida has favorable docket conditions, and the resources and ability to manage this litigation.

The Federal Court Management Statistics show that the Middle District of Florida has 617 pending civil cases per judgeship, a median time of 22.0 months from filing to disposition for civil cases, and only 3.5% of civil cases in the district are more than three years old. (See, Fed. Court Management Statistics for M.D. Florida is attached hereto as "**Exhibit 1**").

None of the Middle District of Florida Judges to whom constituent cases have been assigned are currently handling any MDL proceedings.  Judge Byron, who presides over the first case filed in the Middle District of Florida (*Quinn*), in particular would be well-suited to handle this litigation as he has never previously had an opportunity to handle an MDL proceeding.  The Hon. James D. Whittemore (*Gilman*) and the Hon. Susan C. Bucklew (*Sunter*) who have the second and third filed cases within the Middle District of Florida are likewise well-suited to preside over an MDL proceeding.

### 3. The Middle District of Florida is convenient and accessible.

- 6 -

The majority of the pending constituent cases are filed in district courts in the Southeastern portion of the United States, with 11 of the 18 cases pending in districts in the Southeast (M. Dist. of Florida; N. Dist. and M. Dist. of Georgia; Dist. of South Carolina; and, E. Dist. Of Kentucky). The Southeast is the "center of gravity" for these cases. Therefore, for purposes of this litigation, the Middle District of Florida is a centrally located district. See, e.g., In re American Gen. Life and Accident Ins. Co. Industrial Life Ins. Litigation, 175 F.Supp.2d 1380, 1381 (J.P.M.L. 2001) (transfer to Dist. of S. Carolina litigation that had "a Southern tilt."); In re Columbia Univ. Patent Litigation, 313 F.Supp.2d 1383, 1385 (J.P.M.L. 2004) (transfer to Dist. of Massachusetts based in part on fact that most of the parties were located "in the eastern part of the United States.").

The Middle District of Florida is readily accessible to all parties involved in this litigation. The cases pending in the Middle District of Florida are filed in Orlando, Tampa and Jacksonville. All three of these major cities have international airports serviced by multiple daily direct flights throughout the country.

Plaintiffs note that in all but one of the cases where the Defendants have filed their Answer, they are represented by one or more attorneys from the Mississippi office of the Butler Snow law firm. In the one case where the Butler Snow firm has not made an appearance (*Franklin*, M.D.Ga. C.A. No. 4:17-CV-00031), the defendants are represented by attorneys from the Atlanta, Georgia office of the Troutman Sanders law firm.

### III. In the alternative, these cases should be transferred to the Southern District of Illinois.

The Southern District of Illinois is also well-suited for receipt of an MDL in this litigation. The Hon. David R. Herndon presides over one of two constituent actions filed in the Southern District of Illinois (*Worrell*, C.A. No. 3:17-CV-11172). Judge Herndon has substantial

product liability MDL experience, and he has proven to be an innovative and well-qualified

MDL judge. Although Judge Herndon is currently presiding over two MDLs, *In re Yasmin and*

*Yaz (Drospirenone) Marketing, Sales Practices and Prods. Liab. Litig.*, MDL 2100, and *In re*

*Pradaxa (Dabigatran Etexilate) PL*, MDL 2385, both of those MDLs are presently in a

settlement posture, largely owing to Judge Herndon's efficient management of those litigations.

This Panel has previously noted Judge Herndon's experience handling complex product

liability MDLs:

> [B]y selecting Judge David R. Herndon to preside over this matter, we are
> selecting a jurist with the willingness and ability to handle this litigation. Judge
> Herndon, an experienced MDL judge, has deftly presided over *In re: Yasmins and*
> *Yaz (drospirenon) Marketing Sales Practices*, 655 F. Supp. 2d 1343 (J.P.M.L.
> 2009), another large pharmaceutical products liability litigation.

*In re: Pradaxa (Dabigatran Etexilate) Products liability Litigation*, 883 F. Supp. 2d at 1356.

In the *Praxada* MDL, Judge Herndon helped to facilitate a global settlement of over

2,600 constituent cases in under 22 months. Judge Herndon managed this settlement quickly and

efficiently. Similarly, in the *Yaz* MDL which involved nearly 12,000 cases, Judge Herndon

facilitated a mass settlement initiative in under 27 months. Judge Herndon's experience, and his

innovative and aggressive approach to moving cases forward, make him particularly qualified to

serve as transferee judge in this proposed MDL.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this motion be granted and

that all pending Physiomesh Composite cases be transferred pursuant to 28 U.S.C. § 1407 to the

Middle District of Florida. Plaintiffs further ask the Panel to consider the Hon. Paul G. Byron,

the Hon. James D. Whittemore and the Hon. Susan C. Bucklew as appropriate judges to preside

over this matter. In the alternative, Plaintiffs propose that the Court consider transfer to the

Southern District of Illinois, before the Hon. David R. Herndon.

Dated this 9th day of March, 2017.

Respectfully submitted,

By:   /s/ Henry G. Garrard, III
      Henry G. Garrard, III
      hgg@bbgbalaw.com
      Georgia Bar No. 286300
      James B. Matthews, III
      jbm@bbgbalaw.com
      Georgia Bar No. 477559
      Josh B. Wages
      jbw@bbgbalaw.com
      Georgia Bar No. 730098
      Blasingame, Burch, Garrard & Ashley, P.C.
      P.O. Box 832
      Athens, GA  30603
      (706) 354-4000
      (706) 549-3545 Fax

By:   /s/ Douglas A. Kreis
      Douglas A. Kreis
      DKreis@awkolaw.com
      Florida Bar No. 0129704
      Bryan F. Aylstock
      BAylstock@awkolaw.com
      Florida Bar No. 78263
      Daniel Thornburgh
      DThornburgh@awkolaw.com
      Florida Bar No. 42661
      Aylstock, Witkin, Kreis & Overholtz
      17 East Main Street, Suite 200
      Pensacola, FL 32502
      (850) 202-1010
      (850) 916-7449 Fax

By:   /s/ Donald A. Migliori
      Donald A. Migliori
      Dmigliori@motleyrice.com
      South Carolina Bar No. 102549
      Motley Rice LLC
      28 Bridgeside Boulevard

Mount Pleasant, SC 29464
(843) 216-9000
(843) 216-9450 Fax

By:    */s/ Jonathan D. Orent*
       Jonathan D. Orent
       jorent@motleyrice.com
       Rhode Island Bar No. 7408
       Motley Rice LLC
       55 Cedar Street, Suite 100
       Providence, RI 02903
       (401) 457-7700
       (401) 457-7708 Fax

By:    */s/ Joseph A. Osborne*
       Joseph A. Osborne
       JOsborne@oa-lawfirm.com
       Florida Bar No. 880043
       Osborne & Associates Law Firm, P.A.
       433 Plaza Real Blvd., Suite 271
       Boca Raton, FL 33432
       (561) 293-2600
       (706) 549-3545 Fax

       Counsel for Plaintiffs in the following
       actions: *Franklin* 4:17-cv-00031-CDL
       (M.D. Ga.); *Brown* 4:17-cv-00036-HLM
       (N.D. Ga.); *Winfrey* 4:17-cv-00040-HLM
       (N.D. Ga.); *Gilman* 8:16-cv-03502-JDW-
       JSS (M.D. Fla.); *Sunter* 8:17-cv-00113-
       SCB-TGW (M.D. Fla.); *Carr* 6:17-cv-
       00393-GAP-KRS (M.D. Fla.); *Shelton*
       2:17-cv-00614-RMG (D. S.C.); *Graham*
       3:17-cv-00229-MMH-JRK (M.D. Fla.);
       *Keefer* Case No. 1:17-cv-00603-MEH (D.
       Colo.)

# Exhibit 1

Comparison of Districts Within the Eleventh Circuit — 12-Month Period Ending September 30, 2016

| | | | AL_N | AL_M | AL_S | FL_N | FL_M | FL_S | GA_N | GA_M | GA_S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall Caseload Statistics | | Filings | 2,916 | 1,326 | 1,197 | 2,553 | 11,103 | 12,932 | 6,599 | 1,993 | 1,649 |
| | | Terminations | 2,963 | 1,212 | 1,208 | 2,342 | 11,190 | 12,373 | 6,125 | 1,920 | 1,667 |
| | | Pending | 3,013 | 1,479 | 929 | 2,161 | 8,505 | 7,081 | 5,692 | 1,899 | 1,299 |
| | Percent Change in Total Filings Current Year | Over Last Year | -0.1 | 5.2 | 7.7 | 11.9 | 8.2 | 8.1 | 6.3 | 14.7 | 4.9 |
| | | Over 2011 | -44.2 | -4.3 | -12.2 | 7.7 | 10.4 | 10.2 | 1.4 | 10.7 | 3.4 |
| | | Number of Judgeships | 8 | 3 | 3 | 4 | 15 | 18 | 11 | 4 | 3 |
| | | Vacant Judgeship Months [1] | 24.0 | 12.0 | 6.8 | 9.0 | 24.0 | 13.8 | 12.0 | 1.0 | 0.0 |
| Actions per Judgeship | Filings | Total | 365 | 442 | 399 | 638 | 740 | 718 | 600 | 498 | 550 |
| | | Civil | 306 | 359 | 235 | 534 | 617 | 554 | 518 | 395 | 368 |
| | | Criminal Felony | 43 | 64 | 113 | 60 | 92 | 137 | 64 | 87 | 131 |
| | | Supervised Release Hearings | 16 | 19 | 51 | 44 | 31 | 27 | 18 | 16 | 51 |
| | | Pending Cases | 377 | 493 | 310 | 540 | 567 | 393 | 517 | 475 | 433 |
| | | Weighted Filings [1] | 327 | 394 | 359 | 541 | 617 | 707 | 547 | 398 | 470 |
| | | Terminations | 370 | 404 | 403 | 586 | 746 | 687 | 557 | 480 | 556 |
| | | Trials Completed | 31 | 16 | 20 | 40 | 19 | 28 | 21 | 16 | 39 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 7.1 | 9.7 | 6.9 | 7.2 | 7.3 | 5.4 | 10.0 | 11.5 | 7.3 |
| | | Civil [1] | 9.7 | 9.4 | 8.3 | 7.9 | 7.1 | 4.2 | 6.2 | 15.2 | 10.0 |
| | | From Filing to Trial [1] (Civil Only) | 16.3 | - | - | 22.1 | 22.0 | 17.8 | 28.9 | 20.8 | - |
| Other | | Number (and %) of Civil Cases Over 3 Years Old [1] | 252 / 10.0 | 83 / 7.4 | 33 / 5.8 | 48 / 2.7 | 241 / 3.5 | 108 / 2.2 | 285 / 6.2 | 43 / 3.1 | 47 / 5.3 |
| | | Average Number of Felony Defendants Filed per Case | 1.1 | 1.4 | 1.3 | 1.4 | 1.3 | 1.5 | 1.7 | 1.8 | 1.6 |
| | Jurors | Avg. Present for Jury Selection | 40.2 | 39.0 | 36.1 | 37.2 | 37.2 | 44.2 | 40.7 | 41.7 | 45.1 |
| | | Percent Not Selected or Challenged | 35.4 | 33.1 | 23.4 | 16.5 | 24.7 | 18.4 | 32.8 | 35.2 | 50.2 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

In re Ethicon Physiomesh Flexible Composite                    MDL-17-22
Hernia Mesh Products Liability Litigation

### SCHEDULE OF ACTIONS

|   | Case Captions | Court | Division | Case Number | Judge |
|---|---|---|---|---|---|
| 1 | Bilyana Barakova and Valeri Barakova v. Ethicon, Inc. and Johnson & Johnson | D. Colo. | Denver | 1:17-cv-00543-RBJ | R. Brooke Jackson |
| 2 | Alison Keefer and Erik Keefer v. Johnson & Johnson and Ethicon, Inc. | D. Colo. | Denver | 1:17-cv-00603-MEH | Michael E. Hegarty |
| 3 | David Watring v. Ethicon, Inc. | D. Mass | Boston | 1:16-cv-12278-RGS | Richard G. Stearns |
| 4 | David Ramey v. Ethicon, Inc. and Johnson & Johnson | D. N.J. | Trenton | 3:17-cv-01455-FLW-DEA | Freda L. Wolfson |
| 5 | Eddie Shelton and Nancy Shelton v. Ethicon, Inc. and Johnson & Johnson | D. S.C. | Charleston | 2:17-cv-00614-RMG | Richard M. Gergel |
| 6 | Robert B. Carrillo v. Ethicon, Inc. and Johnson & Johnson | E.D. Ky. | Pikeville | 7:17-cv-00037-ART-HAI | Hanley Ingram |
| 7 | Joanne Quinn v. Ethicon, Inc. and Johnson & Johnson | M.D. Fla. | Orlando | 6:16-cv-01663-PGB-DCI | Paul B. Byron |
| 8 | Sarah Ann Gilman v Ethicon, Inc. and Johnson & Johnson | M.D. Fla. | Tampa | 8:16-cv-03502-JDW-JSS | James D. Whittemore |
| 9 | David A. Sunter v Ethicon, Inc. and Johnson & Johnson | M.D. Fla. | Tampa | 8:17-cv-00113-SB-TGW | Susan C. Bucklew |
| 10 | Patricia Miller v. Ethicon, Inc. and Johnson & Johnson | M.D. Fla. | Tampa | 8:17-cv-00396-VMC-JSS | Virginia M. Hernandez Covington |
| 11 | Lillian Graham v. Ethicon, Inc. and Johnson & Johnson | M.D. Fla. | Jacksonville | 3:17-cv-00229-MMH-JRK | Marcia Morales Howard |

| 12 | Edith J. Carr and David Middleton Carr v. Ethicon, Inc. and Johnson & Johnson | M.D. Fla. | Orlando | 6:17-cv-00393-GAP-KRS | Gregory A. Presnell |
| 13 | Connie Franklin and Marvin Franklin v. Ethicon, Inc. and Johnson & Johnson | M.D. Ga. | Columbus | 4:17-cv-00031-CDL | Clay D. Land |
| 14 | Henry Lee Brown v. Ethicon, Inc. and Johnson & Johnson | N.D. Ga. | Rome | 4:17-cv-00036-HLM | Harold L. Murphy |
| 15 | Jeffrey Leyton Winfrey v. Ethicon, Inc. and Johnson & Johnson | N.D. Ga. | Rome | 4:17-cv-00040-HLM | Harold L. Murphy |
| 16 | Gabrielle Cox v. Ethicon, Inc. | N.D. Okla. | Tulsa | 4:16-cv-00729-JED-FHM | John E. Dowdell |
| 17 | Matthew Huff v. Ethicon, Inc. | S.D. Ill. | East St. Louis | 3:16-cv-00368-JPG-RJD | J. Phil Gilbert |
| 18 | Doreen Worrell v. Ethicon, Inc. and Johnson & Johnson | S.D. Ill. | East St. Louis | 3:17-cv-00172-DRH-RJD | David R. Herndon |

Dated this 9th day of March, 2017.

Respectfully submitted,

By:     /s/ Henry G. Garrard, III
        Henry G. Garrard, III
        hgg@bbgbalaw.com
        Georgia Bar No. 286300
        James B. Matthews, III
        jbm@bbgbalaw.com
        Georgia Bar No. 477559
        Josh B. Wages
        jbw@bbgbalaw.com
        Georgia Bar No. 730098
        Blasingame, Burch, Garrard & Ashley, P.C.
        P.O. Box 832
        Athens, GA  30603
        (706) 354-4000
        (706) 549-3545 Fax

2

By:     /s/ Douglas A. Kreis
        Douglas A. Kreis
        DKreis@awkolaw.com
        Florida Bar No. 0129704
        Bryan F. Aylstock
        BAylstock@awkolaw.com
        Florida Bar No. 78263
        Daniel Thornburgh
        DThornburgh@awkolaw.com
        Florida Bar No. 42661
        Aylstock, Witkin, Kreis & Overholtz
        17 East Main Street, Suite 200
        Pensacola, FL 32502
        (850) 202-1010
        (850) 916-7449 Fax

By:     /s/ Donald A. Migliori
        Donald A. Migliori
        Dmigliori@motleyrice.com
        South Carolina Bar No. 102549
        Motley Rice LLC
        28 Bridgeside Boulevard
        Mount Pleasant, SC 29464
        (843) 216-9000
        (843) 216-9450 Fax

By:     /s/ Jonathan D. Orent
        Jonathan D. Orent
        jorent@motleyrice.com
        Rhode Island Bar No. 7408
        Motley Rice LLC
        55 Cedar Street, Suite 100
        Providence, RI 02903
        (401) 457-7700
        (401) 457-7708 Fax

By:     /s/ Joseph A. Osborne
        Joseph A. Osborne
        JOsborne@oa-lawfirm.com
        Florida Bar No. 880043
        Osborne & Associates Law Firm, P.A.
        433 Plaza Real Blvd., Suite 271
        Boca Raton, FL 33432
        (561) 293-2600

3

(706) 549-3545 Fax

Counsel for Plaintiffs in the following
actions: *Franklin* 4:17-cv-00031-CDL
(M.D. Ga.); *Brown* 4:17-cv-00036-HLM
(N.D. Ga.); *Winfrey* 4:17-cv-00040-HLM
(N.D. Ga.); *Gilman* 8:16-cv-03502-JDW-
JSS (M.D. Fla.); *Sunter* 8:17-cv-00113-
SCB-TGW (M.D. Fla.); *Carr* 6:17-cv-
00393-GAP-KRS (M.D. Fla.); *Shelton* 2:17-
cv-00614-RMG (D. S.C.); *Graham* 3:17-cv-
00229-MMH-JRK (M.D. Fla.); *Keefer* Case
No. 1:17-cv-00603-MEH (D. Colo.)

4

## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In re Ethicon Physiomesh Flexible Composite                    MDL-17-22
Hernia Mesh Products Liability Litigation

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that the Motion For Transfer To The Middle

District Of Florida, Or In The Alternative To The Southern District Of Illinois, Pursuant To 28

U.S.C. § 1407 and this Proof of Service were electronically filed with the Clerk of the JPML by

using the CM/ECF and was served on all counsel or parties in manners indicated and addressed

as follows:

| VIA U.S. MAIL | |
|---|---|
| Defendant Johnson & Johnson<br>One Johnson & Johnson Plaza<br>New Brunswick, New Jersey 08933 | Defendant Ethicon, Inc.<br>U.S. Route 22<br>Somerville, New Jersey 08876 |
| *Quinn v. Ethicon, Inc.,* Case No. 6:16-cv-01663-PGB-DCI (M.D. Fla.); *Gilman v. Johnson & Johnson and Ethicon, Inc.,* Case No. 8:16-cv-03502-JDW-JSS (M.D. Fla.); *Sunter v. Johnson & Johnson and Ethicon, Inc.,* Case No. 8:17-cv-00113-SCB-TGW (M.D. Fla.); *Franklin v. Johnson & Johnson and Ethicon, Inc.,* Case No. 4:17-cv-00031-CDL (M.D. Ga.); *Miller v. Johnson & Johnson and Ethicon, Inc.,* Case No. 8:17-cv-00396-VMC-JSS (M.D. Fla.); *Worrell v. Johnson & Johnson and Ethicon, Inc.,* Case No. 3:17-cv-00172-DRH-RJD (S.D. Ill.); *Carrillo v. Johnson & Johnson and Ethicon, Inc.,* Case No. 7:17-cv-00037-ART-HAI (E.D. Ky.); *Brown v. Johnson & Johnson and Ethicon, Inc.,* Case No. 4:17-cv-00036-HLM (N.D. Ga.); *Graham v. Johnson & Johnson and Ethicon, Inc.,* Case No. 3:17-cv-00229-MMH-JRK (M.D. Fla.); *Barakova v. Johnson* | *Huff v. Ethicon, Inc.,* Case No. 3:16-cv-00368-JPG-RJD (S.D. Ill.); *Quinn v. Ethicon, Inc.,* Case No. 6:16-cv-01663-PGB-DCI (M.D. Fla.); *Watring v. Ethicon, Inc.,* Case No. 1:16-cv-12278-RGS (D. Mass.); *Cox v. Ethicon, Inc.,* Case No. 4:16-cv-00729-JED-FHM (N.D. Okla.); *Gilman v. Johnson & Johnson and Ethicon, Inc.,* Case No. 8:16-cv-03502-JDW-JSS (M.D. Fla.); *Sunter v. Johnson & Johnson and Ethicon, Inc.,* Case No. 8:17-cv-00113-SCB-TGW (M.D. Fla.); *Franklin v. Johnson & Johnson and Ethicon, Inc.,* Case No. 4:17-cv-00031-CDL (M.D. Ga.); *Miller v. Johnson & Johnson and Ethicon, Inc.,* Case No. 8:17-cv-00396-VMC-JSS (M.D. Fla.); *Worrell v. Johnson & Johnson and Ethicon, Inc.,* Case No. 3:17-cv-00172-DRH-RJD (S.D. Ill.); *Carrillo v. Johnson & Johnson and Ethicon, Inc.,* Case No. 7:17-cv-00037-ART-HAI (E.D. Ky.); |

| | |
|---|---|
| *& Johnson and Ethicon, Inc.*, Case No. 1:17-cv-00543-RBJ (D. Colo.); *Ramey v. Johnson & Johnson and Ethicon, Inc.*, Case No. 3:17-cv-01455-FLW-DEA (D. N.J.); *Shelton v. Johnson & Johnson and Ethicon, Inc.*, Case No. 2:17-cv-00614-RMG (D. S.C.); *Winfrey v. Johnson & Johnson and Ethicon, Inc.*, Case No. 4:17-cv-00040-HLM (N.D. Ga.); *Carr v. Johnson & Johnson and Ethicon, Inc.*, Case No. 6:17-cv-00393-GAP-KRS (M.D. Fla.); *Keefer v. Johnson & Johnson and Ethicon, Inc.*, Case No. 1:17-cv-00603-MEH (D. Colo.) | *Brown v. Johnson & Johnson and Ethicon, Inc.*, Case No. 4:17-cv-00036-HLM (N.D. Ga.); *Graham v. Johnson & Johnson and Ethicon, Inc.*, Case No. 3:17-cv-00229-MMH-JRK (M.D. Fla.); *Barakova v. Johnson & Johnson and Ethicon, Inc.*, Case No. 1:17-cv-00543-RBJ (D. Colo.); *Ramey v. Johnson & Johnson and Ethicon, Inc.*, Case No. 3:17-cv-01455-FLW-DEA (D. N.J.); *Shelton v. Johnson & Johnson and Ethicon, Inc.*, Case No. 2:17-cv-00614-RMG (D. S.C.); *Winfrey v. Johnson & Johnson and Ethicon, Inc.*, Case No. 4:17-cv-00040-HLM (N.D. Ga.); *Carr v. Johnson & Johnson and Ethicon, Inc.*, Case No. 6:17-cv-00393-GAP-KRS (M.D. Fla.); *Keefer v. Johnson & Johnson & Ethicon, Inc.*, Case No. 1:17-cv-00603-MEH (D. Colo.) |
| Office of the Clerk<br>United States District Court<br>Middle District of Florida<br>Orlando Division<br>George C. Young U.S. Courthouse & Federal Building<br>401 West Central Boulevard<br>Orlando, FL 32801<br><br>*Quinn v. Ethicon, Inc.*, Case No. 6:16-cv-01663-PGB-DCI (M.D. Fla.); *Carr v. Johnson & Johnson and Ethicon, Inc.*, Case No. 6:17-cv-00393-GAP-KRS (M.D. Fla.) | Office of the Clerk<br>United States District Court<br>Middle District of Florida<br>Tampa Division<br>Sam M. Gibbons U.S. Courthouse<br>801 North Florida Avenue<br>Tampa, FL 33602<br><br>*Gilman v. Johnson & Johnson and Ethicon, Inc.*, Case No. 8:16-cv-03502-JDW-JSS (M.D. Fla.); *Sunter v. Johnson & Johnson and Ethicon, Inc.*, Case No. 8:17-cv-00113-SCB-TGW (M.D. Fla.); *Miller v. Johnson & Johnson and Ethicon, Inc.*, Case No. 8:17-cv-00396-VMC-JSS (M.D. Fla.) |
| Office of the Clerk<br>United States District Court<br>Middle District of Florida<br>Jacksonville Division<br>Bryan Simpson U.S. Courthouse<br>300 North Hogan Street<br>Jacksonville, FL 32202<br><br>*Graham v. Johnson & Johnson and Ethicon, Inc.*, Case No. 3:17-cv-00229-MMH-JRK (M.D. Fla.) | Office of the Clerk<br>United States District Court<br>Southern District of Illinois<br>East St. Louis Division<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br><br>*Huff v. Ethicon, Inc.*, Case No. 3:16-cv-00368-JPG-RJD (S.D. Ill.); *Worrell v. Johnson & Johnson and Ethicon, Inc.*, Case No. 3:17-cv-00172-DRH-RJD (S.D. Ill.) |

| | |
|---|---|
| Office of the Clerk<br>United States District Court<br>District of Massachusetts<br>Boston Division<br>1 Courthouse Way<br>Boston, MA 02210<br><br>*Watring v. Ethicon, Inc.*, Case No. 1:16-cv-12278-RGS (D. Mass.) | Office of the Clerk<br>United States District Court<br>Northern District of Oklahoma<br>Page Belcher Federal Building<br>333 W. 4th Street<br>Room 411<br>Tulsa, OK 74103<br><br>*Cox v. Ethicon, Inc.*, Case No. 4:16-cv-00729-JED-FHM (N.D. Okla.) |
| Office of the Clerk<br>United States District Court<br>Middle District of Georgia<br>Columbus Division<br>U.S. Post Office & Court House<br>P.O. Box 124<br>Columbus, GA 31902<br><br>*Franklin v. Johnson & Johnson and Ethicon, Inc.*, Case No. 4:17-cv-00031-CDL (M.D. Ga.) | Office of the Clerk<br>United States District Court<br>Eastern District of Kentucky<br>Pikeville Division<br>110 Main Street<br>Suite 203<br>Pikeville, KY 41501-6160<br><br>*Carrillo v. Johnson & Johnson and Ethicon, Inc.*, Case No. 7:17-cv-00037-ART-HAI (E.D. Ky.) |
| Office of the Clerk<br>United States District Court<br>Northern District of Georgia<br>Rome Division<br>United States Courthouse<br>600 East First Street<br>Rome, GA 30161-3149<br><br>*Brown v. Johnson & Johnson and Ethicon, Inc.*, Case No. 4:17-cv-00036-HLM (N.D. Ga.); *Winfrey v. Johnson & Johnson and Ethicon, Inc.*, Case No. 4:17-cv-00040-HLM (N.D. Ga.) | Office of the Clerk<br>United States District Court<br>District of Colorado<br>Denver Division<br>Alfred A. Arraj Courthouse<br>901 19th Street<br>Denver, CO 80294<br><br>*Barakova v. Johnson & Johnson and Ethicon, Inc.*, Case No. 1:17-cv-00543-RBJ (D. Colo.); *Keefer v. Johnson & Johnson and Ethicon, Inc.*, Case No. 1:17-cv-00603-MEH (D. Colo.) |

| | |
|---|---|
| Office of the Clerk<br>United States District Court<br>Charleston Division<br>Charleston Federal Courthouse<br>85 Broad Street<br>Charleston, SC 29401<br><br>*Shelton v. Johnson & Johnson and Ethicon, Inc.*, Case No. 2:17-cv-00614-RMG (D. S.C.) | |
| **VIA ELECTRONIC MAIL** ||
| Bettina J. Strauss<br>Dan H. Ball<br>Bryan Cave LLP -St. Louis<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>314-259-2525<br>bjstrauss@bryancave.com<br>dhball@bryancave.com<br><br>Counsel for Defendant Johnson & Johnson and Ethicon, Inc.; *Huff v. Ethicon, Inc.*, Case No. 3:16-cv-00368-JPG-RJD (S.D. Ill.); *Worrell v. Johnson & Johnson and Ethicon, Inc.*, Case No. 3:17-cv-00172-DRH-RJD (S.D. Ill.); | Fred E. Bourn, III<br>Butler, Snow et al -Ridgeland, MS.<br>1020 Highland Colony Parkway<br>Suite 1400<br>Ridgeland, MS 39157<br>601-948-5711<br>trey.bourn@butlersnow.com<br><br>Counsel for Defendant Johnson & Johnson and Ethicon, Inc.; *Huff v. Ethicon, Inc.*, Case No. 3:16-cv-00368-JPG-RJD (S.D. Ill.); *Watring v. Ethicon, Inc.*, Case No. 1:16-cv-12278-RGS (D. Mass.); *Cox v. Ethicon, Inc.*, Case No. 4:16-cv-00729-JED-FHM (N.D. Okla.) |
| Richard McLure Dye<br>Butler Snow, LLP<br>Ste 1400<br>1020 Highland Colony Pkwy<br>Ridgeland, MS 39157<br>601/ 985-4513<br>rick.dye@butlersnow.com<br><br>Counsel for Defendant Johnson & Johnson and Ethicon, Inc.; *Quinn v. Ethicon, Inc.*, Case No. 6:16-cv-01663-PGB-DCI (M.D. Fla.); *Gilman v. Johnson & Johnson and Ethicon, Inc.*, Case No. 8:16-cv-03502-JDW-JSS (M.D. Fla.); *Sunter v. Johnson &* | William E. Lawton<br>Dean, Ringers, Morgan & Lawton, PA<br>201 E Pine St - Ste 1200<br>PO Box 2928<br>Orlando, FL 32802-2928<br>407/422-4310 extr: 151<br>wlawton@drml-law.com<br><br>Counsel for Defendant Johnson & Johnson and Ethicon, Inc.; *Quinn v. Ethicon, Inc.*, Case No. 6:16-cv-01663-PGB-DCI (M.D. Fla.); *Gilman v. Johnson & Johnson and Ethicon, Inc.*, Case No. 8:16-cv-03502-JDW-JSS (M.D. Fla.); *Sunter v. Johnson and* |

| *Johnson and Ethicon, Inc.,* Case No. 8:17-cv-00113-SCB-TGW (M.D. Fla.) | *Ethicon, Inc.,* Case No. 8:17-cv-00113-SCB-TGW (M.D. Fla.) |
|---|---|
| James M. Campbell<br>Peter John Veysey, Jr.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129<br>617-241-3000<br>jmcampbell@campbell-trial-lawyers.com<br>pveysey@campbell-trial-lawyers.com<br><br>Counsel for Defendant Johnson & Johnson and Ethicon, Inc.; *Watring v. Ethicon, Inc.,* Case No. 1:16-cv-12278-RGS (D. Mass.) | Amy Sherry-Fischer<br>Larry D. Ottoway<br>Foliart Huff Ottaway & Bottom<br>201 Robert S. Kerr Ave., 12th Floor<br>Oklahoma City, OK 73102<br>405-232-4633<br>amyfisher@oklahomacounsel.com<br>larryottoway@oklahomacounsel.com<br><br>Counsel for Defendant Johnson & Johnson and Ethicon, Inc.; *Cox v. Ethicon, Inc.,* Case No. 4:16-cv-00729-JED-FHM (N.D. Okla.) |
| Nancy Karen Deming<br>David F. Norden<br>Troutman Sanders<br>5200 Bank of America Plaza<br>600 Peachtree Street, N.E.<br>Atlanta, GA 30308-2216<br>404-885-3000<br>karen.deming@troutmansanders.com<br>david.norden@troutmansanders.com<br><br>Counsel for Defendant Johnson & Johnson and Ethicon, Inc.; *Franklin v. Johnson & Johnson and Ethicon, Inc.,* Case No. 4:17-cv-00031-CDL (M.D. Ga.) | Blake Charles Erskine<br>Erskine & McMahon, LLP<br>P. O. Box 3485<br>Longview, TX 75606<br>903-757-8435<br>blakee@erskine-mcmahon.com<br><br>Counsel for Plaintiff *Huff v. Ethicon, Inc.,* Case No. 3:16-cv-00368-JPG-RJD (S.D. Ill.) |
| Danny M. Stroup<br>Dan Stroup, PC<br>3400 W. Marshall Ave.<br>Suite 403<br>Longview, TX 75604<br>903-295-2200<br>dstroup@danstroup.com<br><br>Counsel for Plaintiff *Huff v. Ethicon, Inc.,* Case No. 3:16-cv-00368-JPG-RJD (S.D. Ill.) | William A. Alexander<br>Matthew H. Caraway<br>Sam C. Mitchell and Associates<br>Generally Admitted<br>P.O. Box 280<br>West Frankfort, IL 62896<br>618-932-2772<br>mitch3@mchsi.com<br><br>Counsel for Plaintiff *Huff v. Ethicon, Inc.,* Case No. 3:16-cv-00368-JPG-RJD (S.D. Ill.) |
| Anna Yarovich Lenchus<br>Florida Justice Law Group<br>7777 Glades Rd. Suite 100<br>Boca Raton, FL 33434 | Robert T. Naumes, Jr.<br>The Law Office of Jeffrey S. Glassman<br>18th Floor<br>One International Place |

| | |
|---|---|
| 561/981-6118<br>al@floridajusticelawgroup.com<br><br>Counsel for Plaintiff *Quinn v. Ethicon, Inc.,*<br>Case No. 6:16-cv-01663-PGB-DCI (M.D.<br>Fla.) | Boston, MA 02110<br>617-367-2900<br>bnaumes@jeffreysglassman.com<br><br>Counsel for Plaintiff *Watring v. Ethicon, Inc.,*<br>Case No. 1:16-cv-12278-RGS (D. Mass.) |
| Paul Telhiard Boudreaux<br>Richardson Richardson Boudreaux<br>7447 S. Lewis Avenue<br>Tulsa, OK 74136<br>918-492-7674<br>ptb@rrbok.com<br><br>Counsel for Plaintiff *Cox v. Ethicon, Inc.,*<br>Case No. 4:16-cv-00729-JED-FHM (N.D.<br>Okla.) | Daniel James Thornburgh<br>Douglass A. Kreis<br>Nathan Charles Bess<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 E Main St Ste 200<br>Pensacola, FL 32502-5998<br>850-202-1010<br>DThornburgh@awkolaw.com<br>dkreis@awkolaw.com<br>nbess@awkolaw.com<br><br>Counsel for Plaintiffs Counsel for Plaintiff<br>*Gilman v. Johnson & Johnson and Ethicon,<br>Inc.,* Case No. 8:16-cv-03502-JDW-JSS<br>(M.D. Fla.); *Sunter v. Johnson & Johnson and<br>Ethicon, Inc.,* Case No. 8:17-cv-00113-SCB-<br>TGW (M.D. Fla); *Carr v. Johnson & Johnson<br>and Ethicon, Inc.,* Case No. 6:17-cv-00393-<br>GAP-KRS (M.D. Fla) |
| Henry G. Garrard, III<br>Andrew Judson Hill, III<br>James B. Matthews, III<br>Josh B. Wages<br>Patrick Hammond Garrard<br>Blasingame, Burch, Garrard & Ashley, P.C.<br>P. O. Box 832<br>Athens, GA 30603<br>706/354-4000<br>hgg@bbgbalaw.com<br>ajh@bbgbalaw.com<br>jbm@bbgbalaw.com<br>jbw@bbgbalaw.com<br>phg@bbgbalw.com<br><br>Counsel for Plaintiffs *Franklin v. Johnson &<br>Johnson and Ethicon, Inc.,* Case No. 4:17-cv-<br>00031-CDL (M.D. Ga.); *Brown v. Johnson &<br>Johnson and Ethicon, Inc.,* Case No. 4:17-cv-<br>00036-HLM (N.D. Ga.); *Winfrey v. Johnson* | James Beckett Thompson, Jr.<br>Jeffrey Marc Goodis<br>Thompson, Goodis, Thompson, Groseclose &<br>Richardson, PA<br>700 Central Ave - Ste 500<br>PO Box 90<br>St Petersburg, FL 33731<br>727/823-0540<br>jthompson@gtmlegal.com<br>jgoodis@gtmlegal.com<br><br>Counsel for Plaintiff *Miller v. Johnson &<br>Johnson and Ethicon, Inc.,* Case No. 8:17-cv-<br>00396-VMC-JSS (M.D. Fla.); |

| | |
|---|---|
| *& Johnson and Ethicon, Inc.*, Case No. 4:17-cv-00040-HML (N.D. Ga.) | |
| Andrew J. Cross<br>Sarah Shoemake Doles<br>Carey, Danis and Lowe - St. Louis<br>8235 Forsyth<br>Suite 1100<br>St. Louis, MO 63105<br>314-725-7700<br>across@careydanis.com<br>sdoles@careydanis.com<br><br>Counsel for Plaintiff *Worrell v. Johnson & Johnson and Ethicon, Inc.*, Case No. 3:17-cv-00172-DRH-RJD (S.D. Ill.) | Gary Steve Logsdon<br>Gary S. Logsdon & Associates, PCC<br>101 Main Cross Street<br>P.O. Box 382<br>Brownsville, KY 42210-0382<br>270-597-2134<br>gary@garylogsdonlaw.com<br><br>Counsel for Plaintiff *Carrillo v. Johnson & Johnson and Ethicon, Inc.*, Case No. 7:17-cv-00037-ART-HAI (E.D. Ky.) |
| Andrew Allen Norden<br>Joseph A. Osborne<br>Osborne & Associates Law Firm P.A.<br>Suite 271<br>433 Plaza Real Blvd.<br>Boca Raton, FL 33432-3945<br>561/293-2600<br>anorden@oa-lawfirm.com<br><br>Counsel for Plaintiff *Graham v. Johnson & Johnson and Ethicon, Inc.*, Case No. 3:17-cv-00229-MMH-JRK (M.D. Fla.) | Aimee Hall Wagstaff<br>Andrus Wagstaff, P.C.<br>7171 West Alaska Drive<br>Lakewood, CO 80226<br>720-208-9414<br>aimee.wafstaff@andruswagstaff.com<br><br>Counsel for Plaintiffs *Barakova v. Johnson & Johnson and Ethicon, Inc.*, Case No. 1:17-cv-00543-RBJ (D. Colo.); *Keefer v. Johnson & Johnson and Ethicon, Inc.*, Case No. 1:17-cv-00603-MEH (D. Colo..) |
| David B. Krangle<br>Alonso Krangle LLP<br>445 Broad Hollow Road<br>Suite 205<br>Melville, NY 11747<br>516-350-5555<br>dkrangle@alonsokrangle.com<br><br>Counsel for Plaintiff *Ramey v. Johnson & Johnson and Ethicon, Inc.*, Case No. 3:17-cv-01455-FLW-DEA (D. N.J.) | Fred Thompson, III<br>Motley Rice<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br>843-216-9000<br>fthompson@motleyrice.com<br><br>Counsel for Plaintiffs *Shelton v. Johnson & Johnson and Ethicon, Inc.*, Case No. 2:17-cv-00614-RMG (D. S.C.); *Keefer v. Johnson & Johnson and Ethicon, Inc.*, Case No. 1:17-cv-00603-MEH (D. Colo.) |
| A. Layne Stackhouse<br>Shrader & Associates, LLP<br>3900 Essex Lane, Suite 390<br>Houston, TX 77027<br>813-782-0000<br>layne@shraderlaw.com | Christopher Bryan Fears<br>Fears Nachawati, PLLC<br>4925 Greenville Avenue, #715<br>Dallas, TX 75206<br>214-890-0711<br>fears@fnlawfirm.com |

| Counsel for Plaintiff *Carr v. Johnson & Johnson and Ethicon, Inc.,* Case No. 6:17-cv-00393-GAP-KRS (M.D. Fla.) | Counsel for Plaintiffs *Keefer v. Johnson & Johnson and Ethicon, Inc.,* Case No. 1:17-cv-00603-MEH (D. Colo.) |
|---|---|

This 9th day of March, 2017.

Respectfully submitted,

By:   /s/ Henry G. Garrard, III
      Henry G. Garrard, III
      hgg@bbgbalaw.com
      Georgia Bar No. 286300
      James B. Matthews, III
      jbm@bbgbalaw.com
      Georgia Bar No. 477559
      Josh B. Wages
      jbw@bbgbalaw.com
      Georgia Bar No. 730098
      Blasingame, Burch, Garrard & Ashley, P.C.
      P.O. Box 832
      Athens, GA  30603
      (706) 354-4000
      (706) 549-3545 Fax

By:   /s/ Douglas A. Kreis
      Douglas A. Kreis
      DKreis@awkolaw.com
      Florida Bar No. 0129704
      Bryan F. Aylstock
      BAylstock@awkolaw.com
      Florida Bar No. 78263
      Daniel Thornburgh
      DThornburgh@awkolaw.com
      Florida Bar No. 42661
      Aylstock, Witkin, Kreis & Overholtz
      17 East Main Street, Suite 200
      Pensacola, FL 32502
      (850) 202-1010
      (850) 916-7449 Fax

By:   /s/ Donald A. Migliori
      Donald A. Migliori
      Dmigliori@motleyrice.com
      South Carolina Bar No. 102549
      Motley Rice LLC
      28 Bridgeside Boulevard
      Mount Pleasant, SC 29464

(843) 216-9000
(843) 216-9450 Fax

By:    */s/ Jonathan D. Orent*
Jonathan D. Orent
jorent@motleyrice.com
Rhode Island Bar No. 7408
Motley Rice LLC
55 Cedar Street, Suite 100
Providence, RI 02903
(401) 457-7700
(401) 457-7708 Fax

By:    */s/ Joseph A. Osborne*
Joseph A. Osborne
JOsborne@oa-lawfirm.com
Florida Bar No. 880043
Osborne & Associates Law Firm, P.A.
433 Plaza Real Blvd., Suite 271
Boca Raton, FL 33432
(561) 293-2600
(706) 549-3545 Fax

Counsel for Plaintiffs in the following
actions: *Franklin* 4:17-cv-00031-CDL
(M.D. Ga.); *Brown* 4:17-cv-00036-HLM
(N.D. Ga.); *Winfrey* 4:17-cv-00040-HLM
(N.D. Ga.); *Gilman* 8:16-cv-03502-JDW-
JSS (M.D. Fla.); *Sunter* 8:17-cv-00113-
SCB-TGW (M.D. Fla.); *Carr* 6:17-cv-
00393-GAP-KRS (M.D. Fla.); *Shelton*
2:17-cv-00614-RMG (D. S.C.); *Graham*
3:17-cv-00229-MMH-JRK (M.D. Fla.);
*Keefer* Case No. 1:17-cv-00603-MEH (D.
Colo.)