# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: REWALK ROBOTICS, LTD.,
SECURITIES LITIGATION                                  MDL No. 2781

(SEE ATTACHED SCHEDULE)

## ORDER DEEMING MOTION MOOT

Before the Panel is a motion filed by defendants ReWalk Robotics Limited ("ReWalk"), Larry Jasinski, Wayne B. Weisman, Glenn Muir, Barclays Capital Inc., Jefferies LLC, and Canaccord Genuity, Inc., seeking centralization of the actions on the attached schedule, pursuant to 28 U.S.C. § 1407, in the United States District Court of the District of Massachusetts for coordinated or consolidated pretrial proceedings. The Panel has been advised that, pursuant to a Notice of Voluntary Dismissal, the listed Northern District of California action was terminated by that court on March 27, 2017, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion filed by ReWalk, et al., for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: REWALK ROBOTICS, LTD.,**
**SECURITIES LITIGATION**                                      MDL No. 2781

## SCHEDULE A

**DIST  DIV.  C.A. NO.**     **CASE CAPTION**

CALIFORNIA NORTHERN
CAN   4     17‑00362     Rolland v. ReWalk Robotics, Ltd. et al

MASSACHUSETTS
MA    1     17‑10169     Deng et al v. ReWalk Robotics Ltd. et al