UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Wang Yan et al, | \* |
| Plaintiff, | \* |
| | \* Civil Action No. 1:17-cv-10169-FDS |
| ReWalk Robotics Ltd. et al., | \* |
| Defendant, | \* |

ORDER OF DISMISSAL

May 16, 2019

Saylor, D.J.

In accordance with the Court's Order dated May 16, 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Taylor Halley

Deputy Clerk