# United States Court of Appeals
## For the First Circuit

No. 19-1614

WANG YAN, individually and on behalf of all other similarly situated parties

Plaintiff - Appellant

JOANNE GELLER

Movant - Appellant

QIAN DENG; DAVID HERSHLIKOVITZ; JACKIE888, INC.; MICHAEL C. KEMMERLING; NARBEH NATHAN; PAUL SISLIN, individually and on behalf of all other similarly situated parties

Plaintiffs

v.

REWALK ROBOTICS LTD.; LARRY JASINSKI; AMI KRAFT; AMIT GOFFER; JEFF DYKAN; HADAR RON; ASAF SHINAR; WAYNE B. WEISMAN; YASUSHI ICHIKI; ARYEH DAN; GLENN MUIR; BARCLAYS CAPITAL INC.; JEFFERIES LLC; CANACCORD GENUITY INC.; KEVIN HERSHBERGER

Defendants - Appellees

### MANDATE

Entered: September 15, 2020

In accordance with the judgment of August 25, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Anthony Antonelli
Douglas Baumstein

Jeffrey Craig Block
Patrick V. Dahlstrom
David S. Godkin
Susan L. Grace
Edward F. Haber
Leigh M. Handelman Smollar
Omar Jafri
James E. Kruzer
Jason Mathew Leviton
Jeremy A. Lieberman
Barry G. Sher
Adam M. Stewart